RECEIVED
SCI Business Office
NOV 2 3 2005

RECEIVED
DEC -6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# INMATE ACCOUNT STATEMENT

TO: Inmate Name: Potts, Eddy J
(Last)         (First)         (M.I.)

SBI Number: 00211193
Housing Unit: Merit-West

FR: Inmate Account Technician

DA:

RE: Summary Of Account

Attached is your account statement for the six month period of 05-01, 2005 through 10-31, 2005.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ 253783.

Attachment

_____
Notary  Rhonda A. May

# REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: __Potts___   __Elder___   __L___   SBI Number: __00211193__
            (Last)     (First)    (M.I.)

Housing Unit: __Meet-West__

.................................................................................................

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

Inmate Signature: _Elder L Potts_    Notary: _Judith Ann Lederman_

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: _____

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

Printed: 11/23/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 5/1/2005 through 10/31/2005

Page 1 of 4

SBI: 00211193     NAME:   POTTS, ELDON T

| Date | Balance |
|---|---|
| 05/01/2005 | $2,379.83 |
| 05/02/2005 | $2,379.83 |
| 05/03/2005 | $2,279.83 |
| 05/04/2005 | $2,299.59 |
| 05/05/2005 | $2,299.59 |
| 05/06/2005 | $2,314.59 |
| 05/07/2005 | $2,314.59 |
| 05/08/2005 | $2,314.59 |
| 05/09/2005 | $2,314.59 |
| 05/10/2005 | $2,314.59 |
| 05/11/2005 | $2,314.59 |
| 05/12/2005 | $2,314.59 |
| 05/13/2005 | $2,314.59 |
| 05/14/2005 | $2,314.59 |
| 05/15/2005 | $2,314.59 |
| 05/16/2005 | $2,274.59 |
| 05/17/2005 | $2,274.59 |
| 05/18/2005 | $2,274.59 |
| 05/19/2005 | $2,274.59 |
| 05/20/2005 | $2,274.59 |
| 05/21/2005 | $2,274.59 |
| 05/22/2005 | $2,274.59 |
| 05/23/2005 | $2,274.59 |
| 05/24/2005 | $2,374.59 |
| 05/25/2005 | $2,374.59 |
| 05/26/2005 | $2,374.59 |
| 05/27/2005 | $2,374.59 |
| 05/28/2005 | $2,374.59 |
| 05/29/2005 | $2,374.59 |
| 05/30/2005 | $2,374.59 |
| 05/31/2005 | $2,374.59 |
| 06/01/2005 | $2,374.59 |
| 06/02/2005 | $2,374.59 |
| 06/03/2005 | $2,374.59 |
| 06/04/2005 | $2,374.59 |
| 06/05/2005 | $2,374.59 |
| 06/06/2005 | $2,349.59 |
| 06/07/2005 | $2,374.61 |
| 06/08/2005 | $2,374.61 |
| 06/09/2005 | $2,374.61 |
| 06/10/2005 | $2,474.61 |
| 06/11/2005 | $2,474.61 |
| 06/12/2005 | $2,474.61 |
| 06/13/2005 | $2,474.61 |
| 06/14/2005 | $2,474.61 |
| 06/15/2005 | $2,474.61 |
| 06/16/2005 | $2,474.61 |
| 06/17/2005 | $2,496.61 |

Printed: 11/23/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 5/1/2005 through 10/31/2005*

Page 2 of 4

SBI: 00211193          NAME:   POTTS, ELDON T

| Date | Balance |
|---|---|
| 06/18/2005 | $2,496.61 |
| 06/19/2005 | $2,496.61 |
| 06/20/2005 | $2,496.61 |
| 06/21/2005 | $2,496.61 |
| 06/22/2005 | $2,496.61 |
| 06/23/2005 | $2,492.09 |
| 06/24/2005 | $2,492.09 |
| 06/25/2005 | $2,492.09 |
| 06/26/2005 | $2,492.09 |
| 06/27/2005 | $2,492.09 |
| 06/28/2005 | $2,492.09 |
| 06/29/2005 | $2,492.09 |
| 06/30/2005 | $2,492.09 |
| 07/01/2005 | $2,500.89 |
| 07/02/2005 | $2,500.89 |
| 07/03/2005 | $2,500.89 |
| 07/04/2005 | $2,500.89 |
| 07/05/2005 | $2,500.89 |
| 07/06/2005 | $2,500.89 |
| 07/07/2005 | $2,500.89 |
| 07/08/2005 | $2,500.89 |
| 07/09/2005 | $2,500.89 |
| 07/10/2005 | $2,500.89 |
| 07/11/2005 | $2,500.89 |
| 07/12/2005 | $2,500.89 |
| 07/13/2005 | $2,500.89 |
| 07/14/2005 | $2,500.89 |
| 07/15/2005 | $2,500.89 |
| 07/16/2005 | $2,500.89 |
| 07/17/2005 | $2,500.89 |
| 07/18/2005 | $2,500.89 |
| 07/19/2005 | $2,500.89 |
| 07/20/2005 | $2,500.89 |
| 07/21/2005 | $2,500.89 |
| 07/22/2005 | $2,500.89 |
| 07/23/2005 | $2,500.89 |
| 07/24/2005 | $2,500.89 |
| 07/25/2005 | $2,500.89 |
| 07/26/2005 | $2,500.89 |
| 07/27/2005 | $2,500.89 |
| 07/28/2005 | $2,500.89 |
| 07/29/2005 | $2,500.89 |
| 07/30/2005 | $2,500.89 |
| 07/31/2005 | $2,496.89 |
| 08/01/2005 | $2,496.89 |
| 08/02/2005 | $2,496.89 |
| 08/03/2005 | $2,541.89 |
| 08/04/2005 | $2,539.48 |

Printed: 11/23/2005                     *Average Daily Balance For Pauper Filing*                     Page 3 of 4
*For Days the Individual was in Residence at SCI from 5/1/2005 through 10/31/2005*

SBI: 00211193          NAME:    POTTS, ELDON T

| Date | Balance |
|---|---|
| 08/05/2005 | $2,565.58 |
| 08/06/2005 | $2,565.58 |
| 08/07/2005 | $2,565.58 |
| 08/08/2005 | $2,565.58 |
| 08/09/2005 | $2,565.58 |
| 08/10/2005 | $2,565.58 |
| 08/11/2005 | $2,625.58 |
| 08/12/2005 | $2,625.58 |
| 08/13/2005 | $2,625.58 |
| 08/14/2005 | $2,625.58 |
| 08/15/2005 | $2,625.58 |
| 08/16/2005 | $2,585.58 |
| 08/17/2005 | $2,585.58 |
| 08/18/2005 | $2,582.15 |
| 08/19/2005 | $2,582.15 |
| 08/20/2005 | $2,582.15 |
| 08/21/2005 | $2,582.15 |
| 08/22/2005 | $2,582.15 |
| 08/23/2005 | $2,582.15 |
| 08/24/2005 | $2,612.15 |
| 08/25/2005 | $2,598.67 |
| 08/26/2005 | $2,598.67 |
| 08/27/2005 | $2,598.67 |
| 08/28/2005 | $2,598.67 |
| 08/29/2005 | $2,597.73 |
| 08/30/2005 | $2,597.73 |
| 08/31/2005 | $2,597.73 |
| 09/01/2005 | $2,589.65 |
| 09/02/2005 | $2,589.65 |
| 09/03/2005 | $2,589.65 |
| 09/04/2005 | $2,589.65 |
| 09/05/2005 | $2,589.65 |
| 09/06/2005 | $2,589.65 |
| 09/07/2005 | $2,589.65 |
| 09/08/2005 | $2,607.40 |
| 09/09/2005 | $2,607.40 |
| 09/10/2005 | $2,607.40 |
| 09/11/2005 | $2,607.40 |
| 09/12/2005 | $2,607.40 |
| 09/13/2005 | $2,607.40 |
| 09/14/2005 | $2,607.40 |
| 09/15/2005 | $2,607.40 |
| 09/16/2005 | $2,607.40 |
| 09/17/2005 | $2,607.40 |
| 09/18/2005 | $2,607.40 |
| 09/19/2005 | $2,607.40 |
| 09/20/2005 | $2,607.40 |
| 09/21/2005 | $2,607.40 |

Printed: 11/23/2005                    *Average Daily Balance For Pauper Filing*                    Page 4 of 4
*For Days the Individual was in Residence at SCI from 5/1/2005 through 10/31/2005*

SBI: 00211193            NAME:    POTTS, ELDON T

| Date | Balance |
|---|---|
| 09/22/2005 | $2,594.53 |
| 09/23/2005 | $2,594.53 |
| 09/24/2005 | $2,594.53 |
| 09/25/2005 | $2,594.53 |
| 09/26/2005 | $2,594.53 |
| 09/27/2005 | $2,694.53 |
| 09/28/2005 | $2,694.53 |
| 09/29/2005 | $2,694.53 |
| 09/30/2005 | $2,694.53 |
| 10/01/2005 | $2,694.53 |
| 10/02/2005 | $2,694.53 |
| 10/03/2005 | $2,694.53 |
| 10/04/2005 | $2,694.53 |
| 10/05/2005 | $2,694.53 |
| 10/06/2005 | $2,719.73 |
| 10/07/2005 | $2,719.73 |
| 10/08/2005 | $2,719.73 |
| 10/09/2005 | $2,719.73 |
| 10/10/2005 | $2,715.73 |
| 10/11/2005 | $2,715.73 |
| 10/12/2005 | $2,715.73 |
| 10/13/2005 | $2,714.61 |
| 10/14/2005 | $2,714.61 |
| 10/15/2005 | $2,714.61 |
| 10/16/2005 | $2,714.61 |
| 10/17/2005 | $2,714.61 |
| 10/18/2005 | $2,714.61 |
| 10/19/2005 | $2,714.61 |
| 10/20/2005 | $2,713.49 |
| 10/21/2005 | $2,838.49 |
| 10/22/2005 | $2,838.49 |
| 10/23/2005 | $2,838.49 |
| 10/24/2005 | $2,838.49 |
| 10/25/2005 | $2,838.49 |
| 10/26/2005 | $2,838.49 |
| 10/27/2005 | $2,837.17 |
| 10/28/2005 | $2,837.17 |
| 10/29/2005 | $2,837.17 |
| 10/30/2005 | $2,837.17 |
| 10/31/2005 | $2,837.17 |

*Summary for 'SBI' = 00211193 (184 detail records)*                    **Average Daily Balance: $2,537.83**

# Prior Month -- Individual Statement

Date Printed: 11/23/2005                                                                 Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2,379.83 |
|---|---|---|---|---|---|---|
| 00211193 | POTTS | ELDON | T | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | SARA MANZO | 5/3/2005 | ($100.00) | $0.00 | $0.00 | $0.00 | $2,279.83 |
| Medical | | 5/4/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $2,279.83 |
| Medical | | 5/4/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $2,275.83 |
| Payroll | | 5/4/2005 | $23.76 | $0.00 | $0.00 | $0.00 | $2,299.59 |
| Visit MO | C. WALTMAN | 5/6/2005 | $15.00 | $0.00 | $0.00 | $0.00 | $2,314.59 |
| Pay-To | SARA MANZO | 5/16/2005 | ($40.00) | $0.00 | $0.00 | $0.00 | $2,274.59 |
| Mail MO | PEARLIE GREEN | 5/24/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $2,374.59 |

Ending Mth Balance: $2,374.59

# Prior Month -- Individual Statement

Date Printed: 11/23/2005                                                                 Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2,374.59 |
|---|---|---|---|---|---|---|
| 00211193 | POTTS | ELDON | T | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | CREDIT PLUS COLLE | 6/6/2005 | ($25.00) | $0.00 | $0.00 | $0.00 | $2,349.59 |
| Payroll | | 6/7/2005 | $25.02 | $0.00 | $0.00 | $0.00 | $2,374.61 |
| Mail MO | PAERLIE GREEN | 6/10/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $2,474.61 |
| Mail MO | L. BANKS | 6/17/2005 | $22.00 | $0.00 | $0.00 | $0.00 | $2,496.61 |
| Commissary | | 6/23/2005 | ($4.52) | $0.00 | $0.00 | $0.00 | $2,492.09 |

Ending Mth Balance: $2,492.09

# Prior Month -- Individual Statement

Date Printed: 11/23/2005                                                                 Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2,492.09 |
|---|---|---|---|---|---|---|
| 00211193 | POTTS | ELDON | T | | | |
| **Current Location:** | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | RHONDA STREET | 7/1/2005 | ($20.00) | $0.00 | $0.00 | $0.00 | $2,472.09 |
| Payroll | | 7/1/2005 | $28.80 | $0.00 | $0.00 | $0.00 | $2,500.89 |
| Medical | | 7/31/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $2,500.89 |
| Medical | | 7/31/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $2,496.89 |
| | | | | | **Ending Mth Balance:** | | **$2,496.89** |

# Prior Month -- Individual Statement

Date Printed: 11/23/2005

Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2,496.89 |
|---|---|---|---|---|---|---|
| 00211193 | POTTS | ELDON | T | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | REBECCA VAZQUEZ? | 8/3/2005 | $45.00 | $0.00 | $0.00 | $0.00 | $2,541.89 |
| Commissary | | 8/4/2005 | ($2.41) | $0.00 | $0.00 | $0.00 | $2,539.48 |
| Payroll | | 8/5/2005 | $26.10 | $0.00 | $0.00 | $0.00 | $2,565.58 |
| Mail MO | NONE | 8/11/2005 | $60.00 | $0.00 | $0.00 | $0.00 | $2,625.58 |
| Copies | | 8/16/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $2,625.58 |
| Pay-To | REBECCA RODRIGUE | 8/16/2005 | ($40.00) | $0.00 | $0.00 | $0.00 | $2,585.58 |
| Postage | | 8/17/2005 | $0.00 | $0.00 | ($0.69) | $0.00 | $2,585.58 |
| Commissary | | 8/18/2005 | ($3.43) | $0.00 | $0.00 | $0.00 | $2,582.15 |
| Mail MO | T. BANKS | 8/24/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $2,612.15 |
| Commissary | | 8/25/2005 | ($13.48) | $0.00 | $0.00 | $0.00 | $2,598.67 |
| Copies | | 8/29/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $2,598.42 |
| Postage | | 8/29/2005 | ($0.69) | $0.00 | $0.00 | $0.00 | $2,597.73 |

Ending Mth Balance: $2,597.73

# Prior Month -- Individual Statement

Date Printed: 11/23/2005                                                                                      Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2,597.73 |
|---|---|---|---|---|---|---|
| 00211193 | POTTS | ELDON | T | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/1/2005 | ($8.08) | $0.00 | $0.00 | $0.00 | $2,589.65 |
| Commissary | | 9/8/2005 | ($9.61) | $0.00 | $0.00 | $0.00 | $2,580.04 |
| Payroll | | 9/8/2005 | $27.36 | $0.00 | $0.00 | $0.00 | $2,607.40 |
| Commissary | | 9/22/2005 | ($12.87) | $0.00 | $0.00 | $0.00 | $2,594.53 |
| Mail MO | PEARLIE GREEN | 9/27/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $2,694.53 |
| | | | | | | Ending Mth Balance: | $2,694.53 |

# Prior Month -- Individual Statement

Date Printed: 11/23/2005  Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2,694.53 |
|---|---|---|---|---|---|---|
| 00211193 | POTTS | ELDON | T | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 10/6/2005 | $25.20 | $0.00 | $0.00 | $0.00 | $2,719.73 |
| Medical | | 10/10/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $2,715.73 |
| Medical | | 10/10/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $2,715.73 |
| Commissary | | 10/13/2005 | ($1.12) | $0.00 | $0.00 | $0.00 | $2,714.61 |
| Commissary | | 10/20/2005 | ($1.12) | $0.00 | $0.00 | $0.00 | $2,713.49 |
| Mail MO | PEARLIE GREEN | 10/21/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $2,813.49 |
| Pay-To | STOP PYMNT CREDIT | 10/21/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $2,838.49 |
| Commissary | | 10/27/2005 | ($1.32) | $0.00 | $0.00 | $0.00 | $2,837.17 |
| | | | | | | Ending Mth Balance: | $2,837.17 |