(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ORIGINAL

RECEIVED
DEC -6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

By mail IFP

(1) ELDON T. POTTS #00211193
(Name of Plaintiff)         (Inmate Number)
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)         (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) CHRIS SENATO, sued in his individual capacity, MELVIN
(2) HENNESY, MICHAEL DELOY, and RICHARD KEARNEY, sued in their
(3) individual and official capacities.
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

05 - 844
(Case Number)
(to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

JAMES A. WILSON, et al.

v.                      CA. NO. 05-399-JJF

~~STANLEY TAYLOR, et al.~~

_____

_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  XX Yes  ·· No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ·· Yes  XX No

C. If your answer to "B" is Yes:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to "B" is No, explain why not: NON-GRIEVABLE

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: CHRIS SENATO

Employed as FOOD SERVICE DIRECTOR at SUSSEX CORRECTIONAL INSTITUTION

Mailing address with zip code: ROUTE 113, GEORGETOWN, DE 19947

(2) Name of second defendant: MELVIN HENNESY

Employed as Correctional Lieutenant at Sussex Correctional Institution

Mailing address with zip code: Route 113, Georgetown, DE 19947

(3) Name of third defendant: MICHAEL DELOY

Employed as DEPUTY WARDEN at SUSSEX CORRECTIONAL INSTITUTION

Mailing address with zip code: Route 113, Georgetown, DE 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

*additional defendant-reverse side*

Additional Defendant

RICHARD KEARNEY is the warden of Sussex Correctional at Georgetown, DE 19947

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On November 4, 2005, at about 8:30 a.m., inmate Tim Malloy and myself was having a discussion about our job performance while unloading the truck.

   Food Service correctional officer Bethany Evans order the plaintiff to stop talking and continue unloading the truck.

   Because plaintiff question the officer as to why he cannot talk, he was subsequently ordered to go back to the housing unit.

2. Prior to returning to his housing unit, plaintiff along with F/S Officer Evans were discussing the matter with the Kitchen Manager, Debbie Melvin. The plaintiff then return to his housing.

   After F/S Officer Evans left.

3. Later that morning, F/S officer Evans was discussing the matter with Defendant Senato while she was preparing disciplinary charges for disrespect and failing to obey an order, which are consider class II less serious charges.

   After F/S Officer Evans left to go home, Defendant Senato prepared a second disciplinary report alleging charges of disorderly or threatening behavior, which are class I, more serious prison charges. Defendant Senato change the wording of the original disciplinary report by F/S Officer Evans to make the punishment more servere.   (see attached sheet)

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. The actions of defendant Senato and Hennessy in allowing defendant Senato to be present at the hearing, refusing to call all witnesses requested by plaintiff, failing to allow plaintiff to confront accuser, failing to state in writing why witnesses was not call and providing an inadequate written disposition of the charges denied the plaintiff the due process of law in violation of the Fourteenth Amendment to the United States Constitution.

3

CONT...

4. The plaintiff requested that the hearing officer call as witnesses Tim Malloy, Roy Williams, Bruce Carmean, Paxton Foreman, and Charles Blizzard, all was on the truck crew at the time of the incident.

5. On November 9, 2005, the plaintiff received a disciplinary hearing before defendant Hennessy.

6. Defendant Senato was present at plaintiff's hearing, interrupted plaintiff several times while Mr. Potts testified, he selected which names of the plaintiff's witness to call, and he stayed with the hearing officer while he drafted his finding.

7. Defendant Hennessy denied plaintiff request to not have defendant Senato at his hearing,

8. Defendant Hennessy only call 3 of the 5 witnesses requested by the plaintiff, leaving the matter up to defendant Senato as to who to call.

9. Defendant Hennessy failed to state in writing why all plaintiff's witnesses who had personal knowledge of the incident were not call.

10. Plaintiff was not allow to confront his accuser, F/S officer Evans, and no reasons were stated for that denial.

11. After the hearing, plaintiff received a written disposition signed by defedant Hennessy stating, "Based on the officers report and statement made by his witness, Mr Potts was disorderly in front of a group of inmates, 10 days loss of all privileges and reclassified to a higher security.

12. Pursuant to prison procedure, the plaintiff filed an administrative appeal with defendant Deloy and defendant Kearney, pointing out that he did not confront his accuser, that there were no evidence supporting the charge of disorderly, impartial tribuanl, and failure to call all his witnesses.

13. Defendant Deloy and Defendant Kearney denied the plaintiffs' appeal.

The actions of defendant Kearney and Deloy in refusing to overturn the plaintiff's disciplinary conviction, despite their knowledge of the above described due process violations, constitute deliberate indifference and further denied the plaintiff the due process of law in violation of the Fourteenth Amendment to the United States Constitution.

2. WHEREFORE, plaintiff requests that the court grant the following relief:

    A) Issue a declaratory judgment

    B) Issue an injunction ordering defendants Kearney and Deloy to:
       1. return to original status prior to disciplinary charges, with restoration of job and housing to merit building.
       2. Expunge the disciplinary convictions described in this complaint from the plaintiff's institutional record.

3.

    C) Award compensatory damages in the following amounts:
       1. 10,000 jointly and severally against defendants for punishment and emotional injury resulting from denial of due process in connection with the plaintiff's disciplinary proceeding.

    D) Award punitive damages in the following:
       1. $20,000 each against defendant Senato and Hennessy;
       2. $10,000 each against defendant Kearney and Deloy

    E) Grant such other relief as it may appear that plaintiff is entitled.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4TH day of DECEMBER, 2005.

*Eldon T. Potts*
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

SBI# 211193
I/M: Eldon
SUSSEX CORREC[TIONAL INSTITUTION]
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1365 U.S. POSTAGE PB2230370
7988 $02.44 DEC 05 05
8445 FROM ZIP CODE 19947

Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware
            19801-3570

U.S.M.S.
X-RAY