UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ELDON POTTS,                        )
                                    )
        Appellant,                  )
                                    )
                                    )   (U.S. District Court)
                                    )   (Civ. No. 05-844-GMS)
    v.                              )
CHRIS SENATO, MELVIN HENNESY,       )
MICHAEL DELOY, and RICHARD          )
KEARNEY,                            )
                                    )
        Appellees                   )   NOTICE OF APPEAL


TO: United States District Court
    Lockbox 18
    844 North King Street
    Wilmington, DE  19801

PLEASE TAKE NOTICE that Eldon Potts, appellant, does hereby appeal to the United States Court of Appeals for the Third Ciruit from the order Memorandum of the United States District Court for the District of Delaware, signed by Judge Gregory M. Sleet, dated March 9, 2006



FILED
MAR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

_____
Eldon  Potts
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

DATED: 3/23/06

# Certificate of Service

I hereby certify that on <u>March 23, 2006</u> I
                         date
mailed a copy of a Notice of Appeal:
To U.S. District Court, at 844
N. King Street, Wilmington DE, 19801,
The last known address, by way of
U.S. mail at S.C.I Prison.

DATE : 3/23/06

_____
SIGNATURE

SBI# 211193
I/M: Eldon T. Potts  BLDG: Medium A-TIER
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 2230370
$00.39⁰ MAR 24 06
19947

U.S. District Court
Lockbox 18
844 North King Street
Wilmington, Delaware
19801