UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-2090

Potts

vs.

Senato, et al.

Eldon Potts, Appellant

(Delaware District Civil No. 05-cv-00844)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

Marcia M. Waldron, Clerk

For the Court,

Marcia M. Waldron

Clerk

Date: June 29, 2006

cc:    Mr. Eldon Potts